# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Bryan L. Pollion, )
)
Plaintiff )
)
vs. )
) Case No. _____
Timothy Adesanya ) *(The case number will be assigned by the clerk)*
Glen Austin )
Stephanie Howard )
Wexford Health Sources, Inc. )
)
*In Their Individual and Official )
Capacities* )
)
Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

- [X] 42 U.S.C. §1983 (state, county or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

- [ ] Other federal law: _____

- [ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Bryan Lovell Pollion

Prison Identification Number: R-09290

Current address: Graham C.C. / 12078 IL. Rte. 185 Hillsboro, IL 62049

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Timothy Adesanya

Current Job Title: Physician's Assistant

Current Work Address: Graham C.C. / 12078 IL. Rte 185 Hillsboro, IL 62049

Defendant #2:

Full Name: Glen Austin

Current Job Title: Warden/Chief Administrative Officer

Current Work Address: Graham C.C. / 12078 IL. Rte 185 Hillsboro, IL 62049

Defendant #3:

Full Name: Stephanie Howard

2

Current Job Title: Health Care Administrator

Current Work Address: Graham C.C./12078 IL. Rte. 185 Hillsboro, IL 62049

Defendant #4:

Full Name: Wexford Health Sources, Inc.

Current Job Title: Health Care Contractor

Current Work Address: 501 Holiday Dr./Foster Plaza Four Pittsburgh, PA 15220

Defendant #5:

Full Name: ___

Current Job Title: ___

Current Work Address: ___

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ■

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ■

3

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
   _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?   Yes ■   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ■   No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed?   Yes ■   No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Graham C.C.___

Date(s) of the occurrence ___8-29-2019___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

(1) Plaintiff asserts that his U.S. 8th Amendment right to be free from cruel and unusual punishment was violated by defendant Timothy Adesanya. On 8-29-2019, defendant Adesanya conducted a rectal exam (prostate) on plaintiff in a fashion that went beyond an ordinary exam, in that he rammed his finger in and out, 3 or 4 times forcefully into plaintiff's rectum. Plaintiff has had rectal exams in the past at another institution and knew that this one was inappropriate. (see Sloan v. Bohlmann 2011 U.S. Dist. LEXIS 21747)

(2) Plaintiff asserts that his U.S. 4th and 8th Amendment rights were violated by defendant Warden Glen Austin, in that he acted with deliberate indifference towards plaintiff, by failing to investigate plaintiff's emergency grievance (filed on 8-30-2019), which described plaintiff's treatment by defendant Adesanya. Defendant Austin denied the emergency nature of grievance, forced plaintiff to resubmit grievance, which wasn't responded to until several months later.

(3) Plaintiff asserts that his U.S. 4th and 8th Amendment rights were violated by defendant Stephanie Howard, Health Care Adm., in that she showed deliberate indifference to plaintiff, by failing to investigate plaintiff's grievance (resubmitted on 9-10-2019), where he describes his treatment by defendant Adesanya. Defendant Howard initially told plaintiff that she never received his grievance, however she responded to it on

4-17-2020, 7 months later. In her response, defendant Howard stated that complaint against Defendant Adesanya had been forwarded to his supervisors (Wexford Health Sources, Inc.).

④ Plaintiff asserts that his US 4th and 8th Amendment rights were violated by defendant Wexford Health Sources, Inc., in that defendant showed deliberate indifference to plaintiff, in that it failed to act on information indicating a violation of a constitutional right by its employee, defendant Timothy Adesanya. Defendant Wexford Health Sources, Inc., permitted a custom by defendant Adesanya of performing invasive exams without other staff being present.

⑤ Plaintiff spoke to Mental Health staff member Ms. Miles in Nov. of 2019 about his encounter with defendant Adesanya and she told plaintiff that an incident report would be filed, however no one from Graham C.C. contacted plaintiff to investigate.

⑥ In Dec. of 2019, plaintiff called IDOC's PREA hotline and only then did someone begin to investigate. In Feb. of 2020, plaintiff was informed that the allegations were unsubstantiated.

⑦

6

## RELIEF REQUESTED

(State what relief you want from the court.)

Plaintiff requests relief in the amount of $250,000 in compensatory and punitive damages, jointly and individually against all defendants, for the physical and emotional injury inflicted upon plaintiff. Plaintiff also requests that this Court grant other relief deemed necessary.

JURY DEMAND  Yes ☒  No ☐

Signed this __22__ day of __September__, 20__21__.

_Chi Cl. 9/22/21_

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

(Signature of Plaintiff)

| Name of Plaintiff: Bryan Lovell Pollion | Inmate Identification Number: R-09290 |
|---|---|
| Address: Graham C.C. 12078 IL. Rte 185 Hillsboro, IL 62049 | Telephone Number: |

8

IN THE

United States District Court - Central District of IL

Bryan L. Pollion
Plaintiff/Petitioner

Vs.                                             No. _____

Timothy Adesanya
Defendant/Respondent

## PROOF/CERTIFICATE OF SERVICE

TO: Clerk/US District Court
Central District of Illinois
Urbana Division/201 S. Vine
Urbana, IL 61802

TO: _____

PLEASE TAKE NOTICE that at: _____ AM/PM  9:22 , 2021, I placed the documents listed below in the institutional mail at Graham Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

_Ch. Cl._ 9/22/21

OFFICIAL SEAL
CHRISTOPHER CALDERINI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/18/23

/s/ Bryan L. Pollion
Name: Bryan L. Pollion
IDOC No. R-09290
Graham Correctional Ctr.
12078 IL. Rte 185
Hillsboro, IL 62049